## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## ABILENE DIVISION

IN RE:

Sam Edward Newman
and
Evelyn Edith Newman
    Debtor(s)

CASE NO.: 10-10309-RLJ-13

HEARING DATE: 10-02-2013
HEARING TIME: 11:00 AM

### DEBTOR CERTIFICATION AND
### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
### PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor moves for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1. By signing below, the Debtor certifies under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

    A. I have completed the personal financial management instructional course from an agency approved by the United States Trustee. A copy of Official Form 23 is attached as Exhibit 1.

    B. If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations or orders; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount in excess of $125,000.

    C. All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

    D. I have not received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the four-year period before the date that my petition was filed in this case.

    E. I have not received a discharge in a case filed under chapter 13 of the Bankruptcy Code during the two-year period before the date that my petition was filed in this case.

F. No criminal proceeding is pending against me alleging that I am guilty of a felony.

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2. I have made all payments required by my confirmed chapter 13 plan including direct payments.

Signed: /s/Sam Edward Newman
Debtor

/s/Evelyn Edith Newman
Joint Debtor

/s/Monte J. White
Attorney for Debtors

## NOTICE OF HEARING

A HEARING WILL BE HELD ON 10-02-2013 AT 11:00 AM AT THE FOLLOWING ADDRESS: 341 Pine St., Room 2201, Abilene, TX 79601.
IF A RESPONSE IS FILED, A PRE-HEARING CONFERENCE SHALL BE HELD ON 10-02-2013 AT 8:30 AM AT THE SAME ADDRESS.
ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY PRIOR TO THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, NOTICE SHOULD BE SENT TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Debtor Certification and Motion for Entry of Chapter 13 Discharge Pursuant to 11 U.S.C. § 1328(a) and Notice of Hearing was this date served on the parties in the attached matrix by U.S. First Class mail.

Date: September 4, 2013

/s/Monte J. White
Attorney for Debtors

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 10-10309-rlj13<br>Northern District of Texas<br>Abilene<br>Wed Sep  4 12:27:55 CDT 2013 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| American Infosource Lp As Agent for Wfnnb<br>As Assignee of<br>Bealls<br>PO Box 248872<br>Oklahoma City, OK 73124-8872 | Bank Of America<br>Attn: Bankruptcy NC4-105-03-14<br>PO Box 26012<br>Greensboro, NC 27420-6012 | Bealls<br>P.O. Box<br>SAN ANTONIO, TX 78265 |
| Brown CAD<br>CO Sherrel K. Knighton<br>Linebarger Goggan Blair & Sampson, LLP<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2644 | Brown County Appraisal District<br>402 Fisk<br>Brownwood, TX 76801-8214 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Capital One, N.a.<br>CO American Infosource<br>PO Box 54529<br>Oklahoma City, OK 73154-1529 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citifinancial<br>300 Saint Paul Pl<br>Baltimore, MD 21202-2120 | Citimortgage, Inc.<br>CO BDFTE, LLP<br>610 West 5th Street Suite 602<br>Austin, TX 78701-2872 |
| Fia Card Services, NA As Successor In Intere<br>Bank of America NA and Mbna America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 | First National Bank Credit Card Center<br>Attention: Bankruptcy Department<br>14010 First National Bank Parkway  Stop<br>Omaha, NE 68154 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha Ne 68197-0002 |
| Gemb-chevron<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Gemb-walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| LINEBARGER GOGGAN BLAIR et al<br>2323 Bryan Street, Ste 1600<br>Dallas, TX 75201-2644 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125-1741<br>USA |
| PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>CO Exxonmobil<br>POB 41067<br>Norfolk VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>CO JC Penney<br>POB 41067<br>Norfolk VA 23541-1067 |
| PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>CO M-shell Consumer<br>POB 41067<br>Norfolk VA 23541-1067 | PRA Receivables Management, LLC<br>As Agent Of Portfolio Recovery Assocs.<br>CO Sears Gold Mastercard<br>POB 41067<br>Norfolk VA 23541-1067 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |

Portfolio Recovery Assocs., LLC
POB 41067
NORFOLK, VA 23541-1067

Sears-cbsd
8725 W. Sahara Ave
The Lakes, NV 89163-0001

Vanda, LLC
c/o Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132


Vanda, LLC
CO Weinstein & Riley, P.S.
2001 Western Ave., Ste. 400
Seattle, WA 98121-3132

eCAST Settlement Corporation
POB 29262
New York, NY 10087-9262

eCAST Settlement Corporation, assignee
of Citibank -South Dakota, N.A.
POB 29262
New York, NY 10087-9262


Evelyn Edith Newman
9400 CR 149
Brownwood, TX 76801-8440

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Sam Edward Newman
9400 CR 149
Brownwood, TX 76801-8440


Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Citibank
Attention: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64915

(d)Exxmblciti
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195

IRS Special Procedures
Mail Code 5020-DAL
1100 Commerce St, Room 9B8
Dallas, TX 75242


(d)Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk VA 23541

(d)Texaco - Citibank
Attn.: Centralized Bankruptcy
PO Box 20507
Kansas City, MO 64195


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Brown CAD

(u)CitiMortgage, Inc.

(d)Portfolio Recovery Assocs., LLC
POB 41067
Norfolk, VA 23541-1067


End of Label Matrix
Mailable recipients    39
Bypassed recipients     3
Total                  42